# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LEON HENRY CARTER, III,

    Plaintiff,

v.

DUANE QUAM, BRUCE ANDERSON,
TOM ROY, BRUCE RIESER, THE STATE
OF MINNESOTA, and MINNESOTA
DEPARTMENT OF CORRECTIONS,

    Defendants.

Case No. 19-CV-670 (NEB/HB)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

---

The Court has received the May 20, 2019 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. [ECF No. 5.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 5] is ACCEPTED;

2. Defendants State of Minnesota, Minnesota Department of Corrections, Bruce

Anderson, and Duane Quam are DISMISSED FROM THIS ACTION WITH

PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25, 2019                              BY THE COURT:

                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge