# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LEON HENRY CARTER, III, | Case No. 19-CV-670 (NEB/HB) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| TOM ROY and BRUCE RIESER, | |
| Defendants. | |

The Court has received the January 7, 2020 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. [ECF No. 106.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 106] is ACCEPTED;

2. The defendants' motion to dismiss [ECF No. 40] is GRANTED;

   a. All claims brought under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE;

   b. All other claims are DISMISSED WITHOUT PREJUDICE; and

3. The plaintiff's motion for injunctive relief [ECF No. 49] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 10, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge